# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                         CASE NO.  3:94cr3129 LAC

MATTHEW LEASTER GORDON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   JULY 2, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE   on 6/26/2008   Doc.# 105

RESPONSES:

                                              on            Doc.#
                                              on            Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          *s/Mary Maloy*
LC (1 OR 2)                               Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of July, 2008, that:*

*(a) The relief requested has been **GRANTED**.*

*(b) See doc 104.*

                                                  *s/L.A. Collier*
                                                  ***LACEY A. COLLIER***
                                      *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.